UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MONU MONU,                                                                                    Petitioner,

v.                                                                          Civil Action No. 4:26-cv-452-RGJ

MIKE LEWIS, et al.,                                                                        Respondents.


**ORDER GRANTING MOTION TO FORGO HEARING**

The United States alerted to the Court that it is not aware of any relevant factual disputes and request to cancel the upcoming evidentiary hearing. [DE 8 at 62]. Thus, upon the motion of the United States to forgo the July 9, 2026, hearing and, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED, AND the **July 9, 2026, hearing is REMANDED**. This matter will be **SUBMITTED** to the Court for resolution on the papers.

Rebecca Grady Jennings, District Judge
United States District Court

July 7, 2026